## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE SHAW, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-2941 |
| | : | |
| THE CITY OF PHILADELPHIA, *et al.*, | : | |
|     Defendants. | : | |

### ORDER

AND NOW, this 13th day of June, 2025, upon consideration of Plaintiff Dwayne Shaw's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    The Complaint is **DEEMED** filed.

3.    The Clerk of Court is **DIRECTED** to **ADD** the following Defendants to the docket:  (a) Kimberli Ali, *in her official capacity as Commissioner of the Philadelphia Department of Human Services*; and (b) Dr. Val Arkoosh, *in her official capacity as Secretary of Human Services, the Commonwealth of Pennsylvania*.

4.    The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

5.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**
**KELLEY BRIBSON HODGE, J.**